IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEON HAYGOOD,**<br><br>Plaintiff,<br><br>**v.**<br><br>**M. BOSTANJIAN,**<br><br>Defendant. | Case No. 1:19-cv-01011-NONE-EPG (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(ECF No. 37)** |

Good cause appearing, Defendant's motion filed October 9, 2020 (ECF No. 37) to modify the Court's scheduling order (ECF No. 30) is GRANTED.

It is HEREBY ORDERED that the November 30, 2020 initial scheduling conference is CONTINUED until January 27, 2021 at 1:30 p.m. and that all other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  __**October 9, 2020**__          /s/ _Erica P. Grosjean_
                                                          UNITED STATES MAGISTRATE JUDGE