# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON HAYGOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>MARINA BOSTANJIAN,<br><br>        Defendant. | Case No. 1:19-cv-01011-NONE-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Plaintiff, Deon Haygood, and Defendant, Marina Bostanjian, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 42). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **November 24, 2020**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE